### 29390. DEPARTMENT OF REVENUE v. STEWART.

MacINTYRE, J. When the case is considered on its merits, it is controlled adversely to the plaintiff in error by the decision in *Department of Revenue* v. *Stewart*, ante. This case differed from that case only as to the year and the amount of taxes involved, the parties and the issues being identical. · *Judgment affirmed.* *Broyles, C. J., and Gardner, J., concur.*

DECIDED APRIL 21, 1942.

### 29391. DEPARTMENT OF REVENUE v. STEWART.

GARDNER, J. The issues in this case, except as to the amount involved, are identical with the issues in case 29392, ante, between the same parties, involving the ,year 1939. The instant case involves the year 1938. What is said in case 29392 we adopt as controlling the decision in this case. *Judgment affirmed.* *Broyles, C. J., and MacIntyre,. J., concur.*

DECIDED APRIL 21, 1942.